UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81333-CIV-RYSKAMP
MAGISTRATE JUDGE P. A. WHITE

NAKIA SIMETON,          :

    Plaintiff,          :

v.                      :    REPORT ON MOTION FOR
                             TRO OR PRELIMINARY INJUNCTION
CAPTAIN R. AUSTIN, et al.,  :      (DE#45)

    Defendants.         :
_____

This is a <u>pro se</u> civil rights suit pursuant to 42 U.S.C. §1983. The plaintiff is proceeding <u>in forma pauperis</u>. This Cause is before the Court upon the plaintiff's motion for preliminary injunctive relief (DE#45), and the defendants' response (DE#46)

The plaintiff has filed a motion for temporary restraining order and/or preliminary injunction, seeking relief from any potential retaliatory acts at Franklin Correctional Institution, possibly initiated by Captain Austin, a defendant in his civil suit, employed at Glades Correctional Institution.

This type of relief is an extraordinary remedy. The standard for issuing a preliminary injunction, which is the same as is required for a temporary restraining order, is to be based upon consideration of four factors. Such relief is an extraordinary remedy. <u>See</u> <u>California v. American Stores Company, et al.</u>, 492 U.S. 1301 (1989); <u>Johnson v. U.S. Dept. of Agriculture</u>, 734 F.2d 774 (11 Cir. 1984). The standard for issuing a preliminary injunction, is as follows: The party seeking relief must demonstrate: 1) a substantial likelihood that he will prevail on the merits, 2) a substantial threat that he will suffer irreparable injury if the injunction is not granted, 3) that the threatened

injury to him outweighs the potential harm the injunction may do to the defendant, and 4) that the public interest will not be impaired if the injunction is granted.

These allegations are vague and completely unsubstantiated. Review of this motion reveals that it does not state a prima facie case for preliminary injunctive relief pursuant to <u>Johnson v. United States Department of Agriculture</u>, 734 F.2d 774 (11 Cir. 1984), and cases cited therein. No hearing was therefore held on the motion.

It is recommended, for the above reasons, as well as the arguments in the defendants' response (DE#46) that this motion be denied. (DE#45)

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

DONE AND ORDERED at Miami, Florida, this 17th day of September, 2010.

UNITED STATES MAGISTRATE JUDGE

cc: Nakia Simeton, <u>Pro Se</u>
    DC453486
    Franklin Correctional Institution
    Carrabelle, Florida
    Address of record

2