**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No: 09-CV-81333-RYSKAMP/WHITE

NAKIA SIMETON,

    Plaintiff,

v.

CAPTAIN R. AUSTIN, et al.,

    Defendant.

    _____/

## ORDER ADOPTING REPORT

**THIS CAUSE** comes before the Court on the report **[DE 47]** of United States Magistrate Judge Patrick A. White entered on September 17, 2010. Pending before Judge White was plaintiff Nakia A. Simeton's motion for preliminary injunctive relief **[DE 45]** entered on September 8, 2010. To date, no objections have been filed and the time to do so has expired.

The Court has conducted a *de novo* review of the report, motion, applicable law, and pertinent portions of the record. The Court finds the report to be well-reasoned and correct. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge Patrick A. White **[DE 47]** be, and the same hereby is **RATIFIED**, **AFFIRMED** and **APPROVED** in its entirety; and

(2) Plaintiff Nakia A. Simeton's motion for preliminary injunctive relief **[DE 45]** is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18 day of October, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE